IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER STOWELL
ADC #130247                                                                                      PLAINTIFF

v.                                    Case No. 5:16-cv-318 KGB-JJV

TELLY GREY, Lieutenant,
Delta Regional Unit, ADC; *et al*.                                                    DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted to the Court by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). Plaintiff Christopher Stowell has not filed an objection to these Proposed Findings and Recommendations (*Id.*), and the time to file an objection has passed. The Proposed Findings and Recommendations indicate that Mr. Stowell's complaint does not allege any misconduct against separate defendant David Mills (*Id.*, at 3). After careful consideration of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Stowell's complaint against separate defendant David Mills (Dkt. No. 2). Mr. Stowell's claims against separate defendant Telly Grey remain pending.

It is so ordered this the 3rd day of July, 2017.

_____
Kristine G. Baker
United States District Judge