IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER STOWELL
ADC #130247                                                                                      PLAINTIFF

v.                              Case No. 5:16-cv-00318 KGB-JJV

TELLY GREY, Lieutenant,
Delta Regional Unit, ADC; *et al*.                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day and the Order entered July 3, 2017, (Dkt. No. 22), it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 19th day of September, 2017.

_____
Kristine G. Baker
United States District Judge